Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
360-688-0458
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TREVOR HUMPHREY,**   Case No. 3:12-cv-00773-KI

    Plaintiff,

vs.   ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Pursuant to 42 U.S.C. § 406(b) it is hereby ORDERED that the motion for attorney fees [ECF# 25] is GRANTED as reasonable and that the Commissioner shall provide payment of $9,953.99, to plaintiff's attorney pursuant to this Order. It if further ORDERED that the check for the fee shall be made payable to plaintiff's attorney, Bruce Brewer, and mailed to his business address of PO Box 421, West Linn, OR 97068.

DATED this 16th day of Sept., 2014.

_____
United States District / Magistrate Judge

Presented by:
Bruce W. Brewer, OSB No. 925581

ORDER - Page 1